UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

AH,

                    Plaintiff,

                                                        Case No. 1:23-CV-1040

v.

ALEJANDRO MAYORKAS,
Secretary, U.S. Department of Homeland Security (DHS);
UR MENDOZA JADDOU,
Director, U.S. Citizenship and Immigration Services (USCIS);
SUSAN RAUFER,
Director, USCIS Newark Asylum Office.

                    Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff in this matter hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or fees to either side. No party hereto is an infant or incompetent.

Dated: January 8, 2024.

/s/ Paul O'Dwyer
Paul O'Dwyer
Law Office of Paul O'Dwyer, P.C.
Attorney for Petitioner
11 Broadway, Suite 715
New York NY 10004
(646) 230-7444
paul.odwyer@paulodwyerlaw.com

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

DATE: January 9, 2024